# United States District Court
## Violation Notice

CVB Location Code: CA-76

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1852579 | J. Mitrea | 2884 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☒State Code |
|---|---|
| 6/14/2010  1838 | 36CFR4.2 CVC 14601.2(A) |

Violation Number: 1852579

Place of Offense: Chapel

Offense Description: Driving on A Suspended License Behind A DUI

**DEFENDANT INFORMATION**  Phone: (559) 824-0684

| Last Name | First Name | M.I. |
|---|---|---|
| Ramirez | Miguel | A |

Street Address: [blank]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Corcoran | CA | 93212 | |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| | CA | |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BRO   Eyes: BRO   Height: 6'1"   Weight: 320

**VEHICLE DESCRIPTION**   VIN: 1N4AL21E58N420147

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 6BVY563 | CA | 08 | Nissan/Altima | Black |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

Case # 10-1647

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: [blank]
Date (mm/dd/yyyy): [blank]
Time (hh:mm): [blank]

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 03/2006)   Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on JUNE 14, 20 10 while exercising my duties as a law enforcement officer in the Eastern District of California

I was on patrol in Yosemite National Park contacting Miguel RAMIREZ (identified by CA DL# D6081338) for speed. During the contact I ran RAMIREZ'S drivers license through the Yosemite Emergency Communications Center (YECC) to ensure it was valid. At that time YECC informed me that RAMIREZ'S Drivers License was suspended behind a DUI. RAMIREZ was then placed under arrest for 36 CFR 4.2 CVC 14601.2(a) Driving on a suspended license behind a DUI.

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: CA-76

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1852578 | J. Mitrea | 2884 |

1852578

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 6/14/2010  1838 | 36 CFR 4.21(c) |

Place of Offense: 2 miles West of Chapel

Offense Description: Exceeding Posted Speed Limits 43 in Posted 35 mph Zone (8 mph over)

### DEFENDANT INFORMATION
Phone: (559) 824-0684

| Last Name | First Name | M.I. |
|---|---|---|
| Ramirez | Miguel | A |

Street Address: [illegible]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Corcoran | CA | 93212 | |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| [illegible] | CA | |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BRO   Eyes: BRO   Height: 6'1"   Weight: 320

### VEHICLE DESCRIPTION
VIN: 1N4AL21E58N420147

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 6BVY563 | CA | 08 | Niss Altima | Black |

A ☒ IF BOX A IS CHECKED, YOU MUST MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

Case # 10-1647

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____  Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 03/2005)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JUNE 14, 20 10 while exercising my duties as a law enforcement officer in the Eastern District of California.

I was on patrol in Yosemite National Park running stationary radar on Southside Drive approximately two mile west of the Chapel. I observed a Black Nissan Altima (CA Plate 6BVY563) traveling east bound toward my location at an accelerated speed. I estimated the speed of the vehicle to be approximately 45mph in a posted area of 35mph. The Golden Eagle radar unit front antenna (Serial # EA0892) then locked on in the stationary mode, with a clear Audio tone at an indicated speed of 43mph. As the vehicle passed my location the driver looked in my direction and waved. I then activated the rear antenna (serial # EA0877) which locked on with a clear audio tone and indicated a speed of 43mph. I then pulled on the road to catch up with the vehicle and was able to do so in approximately two miles.

The vehicle was then stopped at the Yosemite Chapel where I contacted the driver of the vehicle, Miguel RAMIREZ (identified by CA DL# D6081338). RAMIREZ was informed he was being stopped for speeding. RAMIREZ then stated he did not realize he was going that fast. RAMIREZ was cited 36 CFR 4.21(C) exceeding posted speed limits 1-15 over. (Case # 10-1647)

The foregoing statement is based upon:

☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 6/14/2010   _____[signature]_____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge